# United States District Court
## Northern District of New York

## JUDGMENT IN A CIVIL CASE

CLIFTON WHITLEY,

        Plaintiff,

        V.                CASE NUMBER:  9:05-CV-166 (FJS/GJD)

COUNTY OF ALBANY;
ALBANY COUNTY JAIL;
JAMES CAMPBELL,
ALBANY COUNTY SHERIFF; USM;

        Defendants.

[ ]        **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ]        **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of Defendants for failure of the plaintiff to comply with the Order by Chief Judge Frederick J. Scullin, Jr., filed April 27, 2005.

June 30, 2005                                  *LAWRENCE K. BAERMAN*
_____    _____
DATE                                              CLERK

Entered on the Docket:  6/30/05        ____s/ April L. Hudson_____
                                                      (BY) DEPUTY CLERK